IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC. | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. |
| CRUISENET CORP. | : |
| Defendant. | : |

**DISCLOSURE STATEMENT FORM
OF PLAINTIFF QVC, INC.
PURSUANT TO FED.R.CIV.P. 7.1**

Please check one box:

☐    The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒    The nongovernmental corporate party, plaintiff, QVC, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:
Liberty Media Corporation, possibly through one or more intermediaries, owns 100% of the stock of QVC, Inc.

May 25, 2007         /s/ Kimberly L. Gattuso
Date
                Counsel for:   Plaintiff QVC, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental
corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2)     promptly file a supplemental statement upon any change in the information that the statement requires.