# UNITED STATES DISTRICT COURT

District of     DELAWARE

QVC, INC.,

    PLAINTIFF,

## SUMMONS IN A CIVIL ACTION

V.

CRUISENET CORP,

    DEFENDANT.

Case Number:    0 7 - 3 3 5

**TO:** (Name and address of Defendant)

CRUISENET CORP.
13615 South Dixie Highway, #114-514
Miami, FL 33176
ATTENTION: David M. Glassberg, Registered Agent

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kimberly L. Gattuso, Saul Ewing LLP, 222 Delaware Avenue, Suite 1200,
P.O. Box 1266, Wilmington, DE 19899-1266; (302) 421-6868

an Answer to the Complaint which is served on you with this Summons, within __twenty (20)__ days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you server on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
CLERK

*(signature)*
(By) DEPUTY CLERK

MAY 2 5 2007

DATE

548310 1 5/25/07

QVC, Inc., et. al., Plaintiff(s)
vs.
Cruisenet Corp., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 083501-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cruisenet Corp., c/o David M. Glassberg as r/a

Court Case No. 07-335

SAUL EWING
Anthony Iannini
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801

State of: __Florida__ ) ss.
County of: __Dade__ )

Name of Server: __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __8th__ day of __June__, 20 __07__, at __11:48__ o'clock __A__ M

Place of Service: at __13605 SW 73 ave.__, in __Miami, FL  33126__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint and Civil Cover Sheet**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Cruisenet Corp., c/o David M. Glassberg as r/a**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: ____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Grey__ ; Facial Hair __No__
Approx. Age __45__ ; Approx. Height __5-9__ ; Approx. Weight __180 LBS__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __8th__ day of __June__, 20 __07__

_____
Notary Public    (Commission Expires)

**APS International, Ltd.**

Monique A. Patterson
Commission # DD372873
Expires: NOV. 17, 2008
WWW.AARONNOTARY.com

QVC, Inc., et. al., Plaintiff(s)
vs.
Cruisenet Corp., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 083501-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cruisenet Corp., c/o David M. Glassberg as r/a

Court Case No. 07-335

SAUL EWING
Anthony Iannini
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

State of: __Florida__ ) ss.
County of: __Dade__ )

Name of Server: __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __8th__ day of __June__, 20 __07__, at __11:48__ o'clock __A__ M

Place of Service: at __13605 SW 73 ave.__, in __Miami, FL 33126__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint and Civil Cover Sheet**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Cruisenet Corp., c/o David M. Glassberg as r/a**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Grey__ ; Facial Hair __No__
Approx. Age __45__ ; Approx. Height __5'9__ ; Approx. Weight __180 LBS__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __8th__ day of __June__, 20 __07__

Notary Public   (Commission Expires)

**APS International, Ltd.**

Monique A. Patterson
Commission # DD372873
Expires: NOV. 17, 2008
www.AaronNotary.com