IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QVC, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 1:07-cv-00335-SLR |
| CRUISENET CORP., | : | |
| Defendant. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Kimberly L. Gattuso, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission *pro hac vice* of Nathaniel Metz of the law firm Saul Ewing LLP, 1200 Liberty Ridge Drive, Suite 200, Wayne, PA 19087-5569, in this action to represent plaintiff QVC, Inc. Mr. Metz is admitted, practicing, and in good standing in the Bars of Pennsylvania and the District of Columbia. In accordance with Standing Order for District Court Fund Effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this Motion.

SAUL EWING LLP

*/s/ Kimberly L. Gattuso*
Kimberly L. Gattuso (DE No. 3733)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6868
(302) 421-5871 - FAX
kgattuso@saul.com

Counsel for Plaintiff QVC, Inc.

Dated: June 12, 2007

548813.1 6/12/07

## CERTIFICATION OF ATTORNEY BEING ADMITTED

Pursuant to Local Rule 83.5, I, Nathaniel Metz, Esquire, hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify I am generally familiar with this Court's Local Rules.

SAUL EWING LLP

_____
Nathaniel Metz
1200 Liberty Ridge Drive, Suite 200
Wayne, PA 19087-5569
(610) 251-5099
(610) 722-3271 - FAX
nmetz@saul.com

Dated: June 11, 2007

548813.1 6/12/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QVC, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 1:07-cv-00335-SLR |
| CRUISENET CORP., | : | |
| Defendant. | : | |

## ORDER

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Nathaniel Metz, Esquire is GRANTED.

DATED: _____, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

548813.1 6/12/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC., | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 1:07-cv-00335-SLR |
| CRUISENET CORP., | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Kimberly L. Gattuso, Esquire, hereby certify that on June 12, 2007, I electronically filed the MOTION AND ORDER FOR ADMISSION PRO HAC VICE of Nathaniel Metz with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served upon defendant Cruisenet Corp, via First Class mail, postage prepaid, as follows:

>    Cruisenet Corp.
>    13615 South Dixie Highway, #114-514
>    Miami, FL 33176

>    SAUL EWING LLP
>
>    /s/ Kimberly L. Gattuso
>    Kimberly L. Gattuso (DE No. 3733)
>    222 Delaware Avenue, Suite 1200
>    P.O. Box 1266
>    Wilmington, DE 19899
>    (302) 421-6868
>    (302) 421-5871 - FAX
>    kgattuso@saul.com
>
>    Counsel for Plaintiff QVC, Inc.

548813.1 6/12/07