IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC.<br><br>          Plaintiff,<br><br>    v.<br><br>CRUISENET CORP.,<br><br>          Defendant. | CIVIL ACTION<br><br>NO. 07-cv-00335-SLR |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT
PURSUANT TO FED. R. CIV. P. 55(a)**

NOW COMES Plaintiff, QVC, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby requests that this Court enter a judgment by default against Defendant Cruisenet Corp. ("Defendant"), pursuant to Fed. R. Civ. P. 55(a) for failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure. In support of its Motion, Plaintiff respectfully submits the information contained in the **Declaration of Nathaniel Metz, Esquire** attached hereto as Exhibit "A" and made a part hereof.

          SAUL EWING LLP

          By: _/s/ Kimberly L. Gattuso_
          Kimberly L. Gattuso (DE No. 3733)
          222 Delaware Avenue, Suite 1200
          P.O. Box 1266
          Wilmington, DE 19899
          (302) 421-6868
          (302) 421-5871 - FAX
          kgattuso@saul.com

-2-

and

Nathaniel Metz (admitted *pro hac vice*)
1200 Liberty Ridge Drive, Suite 200
Wayne, PA 19087
(610) 251-5099
(610) 722-3271 – FAX
nmetz@saul.com

Dated: June 29, 2007            Counsel for Plaintiff QVC, Inc.

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC. : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | NO. 07-cv-00335-SLR |
| v. : | |
| : | |
| CRUISENET CORP., : | |
| : | |
| Defendant. : | |

**DECLARATION OF NATHANIEL METZ, ESQUIRE
IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT
<u>PURSUANT TO FED. R. CIV. P. 55 (a).</u>**

Nathaniel Metz, Esquire, hereby declares as follows:

1.  I am an attorney and a partner in the law firm of Saul Ewing LLP, counsel for plaintiff, QVC, Inc., in the above-captioned civil action. I am admitted to appear *pro hac vice* in the within civil action on behalf of plaintiff, QVC, Inc.

2.  The Summons and Complaint in the within civil action were personally served upon the registered agent of defendant, Cruisenet Corp. ("Defendant"), effective on June 8, 2007, in accordance with Fed. R. Civ. P. 4(h)(1). A true and correct copy of the Affidavit of Service is attached as Exhibit "1" hereto.

3.  As set in the Summons, and in accordance with Fed. R. Civ. P. 12(a)(1)(A), Defendant was required to answer, move or otherwise respond to the Complaint on or before June 28, 2007, but did not do so.

549573.1 6/29/07

4. The time period in which Defendant was required to answer, move or otherwise respond was not enlarged.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT

_____
NATHANIEL METZ, ESQUIRE

Executed On June 29, 2007

# EXHIBIT "1"

AO 440 (Del Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of        DELAWARE

QVC, INC.,

    PLAINTIFF,

        V.

CRUISENET CORP,

    DEFENDANT.

SUMMONS IN A CIVIL ACTION

Case Number:    07-335

TO: (Name and address of Defendant)

CRUISENET CORP.
13615 South Dixie Highway, #114-514
Miami, FL 33176
ATTENTION: David M. Glassberg, Registered Agent

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kimberly L. Gattuso, Saul Ewing LLP, 222 Delaware Avenue, Suite 1200,
P.O. Box 1266, Wilmington, DE 19899-1266; (302) 421-6868

an Answer to the Complaint which is served on you with this Summons, within __twenty (20)__ days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**          MAY 2 5 2007

CLERK                           DATE

*/s/ Evette Waters*
(By) DEPUTY CLERK

548310.1 5/25/07

QVC, Inc., et. al., Plaintiff(s)
vs.
Cruisenet Corp., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 083501-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cruisenet Corp., c/o David M. Glassberg as r/a

Court Case No. 07-335

SAUL EWING
Anthony Iannini
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801

State of: __Florida__ ) ss.
County of: __DADE__ )
Name of Server: __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __8th__ day of __June__, 20 __07__, at __11:48__ o'clock __A__ M

Place of Service: at __13605 SW 73 ave.__, in __Miami, FL 33126__

Documents Served: the undersigned served the documents described as:
Summons and Complaint and Civil Cover Sheet

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Cruisenet Corp., c/o David M. Glassberg as r/a

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: ____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Grey__ ; Facial Hair __NO__
Approx. Age __45__ ; Approx. Height __5'9__ ; Approx. Weight __180 LBS__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __8th__ day of __June__, 20 __07__

_____
Notary Public        (Commission Expires)

APS International, Ltd.



Monique A. Patterson
Commission # DD372873
Expires: NOV. 17, 2008
www.AaronNotary.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC. | : |
|          Plaintiff, | : CIVIL ACTION |
| v. | : NO. 07-cv-00335-SLR |
| CRUISENET CORP., | : |
|          Defendant. | : |

## ORDER

AND NOW, this _____ day of _____, 2007, Plaintiff QVC, Inc. having filed a Motion for Entry of Default Judgment as to Defendant Cruisenet Corp. and the Court having considered Plaintiff's motion, **IT IS HEREBY ORDERED**:

Plaintiff's Motion for Entry of Default Judgment against Defendant Cruisenet Corp. is GRANTED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QVC, INC. | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | NO. 07-cv-00335-SLR |
| v. | : | |
| | : | |
| CRUISENET CORP., | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Kimberly L. Gattuso, hereby certify that on this 29th day of June 2007, I did cause a true and correct copy of the foregoing **Motion for Entry of Default Judgment Pursuant To Fed. R. Civ. P. 55(a)** to be served via First Class U.S. Mail, postage prepaid, upon the following:

> Cruisenet Corp.
> c/o David M. Glassberg, Registered Agent
> 1365 SW 73rd Avenue
> Miami, FL 33126

SAUL EWING LLP

*/s/ Kimberly L. Gattuso*
Kimberly L. Gattuso (DE No. 3733)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6868
(302) 421-5871 - FAX
kgattuso@saul.com

549573.1 6/29/07