IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC.<br><br>              Plaintiff,<br><br>    v.<br><br>CRUISENET CORP.,<br><br>              Defendant. | CIVIL ACTION<br><br>NO. 07-cv-00335-SLR |

**NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF
DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(a)**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Plaintiff, QVC, Inc. withdraws its **Motion For Entry of Default Judgment Pursuant to Fed. R. Civ. P. 55(a)** filed in the above-captioned case.

                      SAUL EWING LLP

                      By: _/s/ Kimberly L. Gattuso_
                      Kimberly L. Gattuso (DE No. 3733)
                      222 Delaware Avenue, Suite 1200
                      P.O. Box 1266
                      Wilmington, DE 19899
                      (302) 421-6868
                      (302) 421-5871 - FAX
                      kgattuso@saul.com
                      Attorneys for QVC, Inc.

DATED: July 3, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC. | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 07-cv-00335-SLR |
| CRUISENET CORP., | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Kimberly L. Gattuso, hereby certify that on this 3rd day of July, 2007, I did cause a true and correct copy of the foregoing **Notice of Withdraw of Motion for Entry of Default Judgment Pursuant To Fed. R. Civ. P. 55(a)** to be served via First Class U.S. Mail, postage prepaid, upon the following:

Cruisenet Corp.
c/o David M. Glassberg, Registered Agent
1365 SW 73rd Avenue
Miami, FL 33126

SAUL EWING LLP

*/s/ Kimberly L. Gattuso*
Kimberly L. Gattuso (DE No. 3733)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6868
(302) 421-5871 - FAX
kgattuso@saul.com

549682.1 7/3/07