IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC.<br><br>        Plaintiff,<br><br>   v.<br><br>CRUISENET CORP.,<br><br>        Defendant. | CIVIL ACTION<br><br>NO. 07-cv-00335-SLR |

**REQUEST OF PLAINTIFF QVC, INC. TO ENTER
DEFAULT OF DEFENDANT CRUISENET CORP.
<u>PURSUANT TO FED.R.CIV.P. 55(a)</u>**

TO THE CLERK OF THE COURT:

Kindly enter the default of defendant, Cruisenet Corp, pursuant to Fed.R.Civ.P. 55(a) for failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure, as appears from the **Declaration of Nathaniel Metz, Esquire** attached hereto as Exhibit "A" and made a part hereof.

                              SAUL EWING LLP

                              By: /s/ Kimberly L. Gattuso
                              Kimberly L. Gattuso (DE No. 3733)
                              222 Delaware Avenue, Suite 1200
                              P.O. Box 1266
                              Wilmington, DE  19899
                              (302) 421-6868
                              (302) 421-5871 - FAX
                              kgattuso@saul.com

and

Nathaniel Metz (admitted *pro hac vice*)
1200 Liberty Ridge Drive, Suite 200
Wayne, PA 19087
(610) 251-5099
(610) 722-3271 – FAX
nmetz@saul.com

Dated: July 3, 2007                              Counsel for Plaintiff QVC, Inc.

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC. | : |
| Plaintiff, | : CIVIL ACTION |
| | : NO. 07-cv-00335-SLR |
| v. | : |
| CRUISENET CORP., | : |
| Defendant. | : |

**DECLARATION OF NATHANIEL METZ, ESQUIRE
IN SUPPORT OF REQUEST OF PLAINTIFF QVC, INC.
FOR ENTRY OF DEFAULT OF DEFENDANT
CRUISENET CORP. PURSUANT TO FED.R.CIV.P. 55 (a).**

Nathaniel Metz, Esquire, hereby declares as follows:

1.  I am an attorney and a partner in the law firm of Saul Ewing LLP, counsel for plaintiff, QVC, Inc., in the above-captioned civil action. I am admitted to appear *pro hac vice* in the within civil action on behalf of plaintiff, QVC, Inc.

2.  The Summons and Complaint in the within civil action were personally served upon the registered agent of defendant, Cruisenet Corp. ("Defendant"), effective on June 8, 2007, in accordance with Fed.R. Civ. P. 4(h)(1). A true and correct copy of the Affidavit of Service is attached as Exhibit "1" hereto.

3.  As set in the Summons, and in accordance with Fed.R.Civ.P. 12(a)(1)(A), Defendant was required to answer, move or otherwise respond to the Complaint on or before June 28, 2007, but did not do so.

549678.1 7/3/07

4. The time period in which Defendant was required to answer, move or otherwise respond was not enlarged.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT

_____
NATHANIEL METZ, ESQUIRE

Executed On June 29, 2007

# EXHIBIT "1"

QVC, Inc., et. al., Plaintiff(s)
vs.
Cruisenet Corp., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 083501-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cruisenet Corp., c/o David M. Glassberg as r/a

Court Case No. 07-335

SAUL EWING
Anthony Iannini
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8th** day of **June**, 20 **07**, at **11:48** o'clock **A** M

Place of Service: at **13605 SW 73 ave.**, in **Miami, FL 33126**

Documents Served: the undersigned served the documents described as:
Summons and Complaint and Civil Cover Sheet

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Cruisenet Corp., c/o David M. Glassberg as r/a

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Grey** ; Facial Hair **No**
Approx. Age **45** ; Approx. Height **5'9** ; Approx. Weight **180 LBS**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **8th** day of **June**, 20 **07**

_____
Notary Public   (Commission Expires)

APS International, Ltd.

Monique A. Patterson
Commission # DD372873
Expires: NOV. 17, 2008
www.AaronNotary.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC.<br><br>            Plaintiff,<br><br>  v.<br><br>CRUISENET CORP.,<br><br>            Defendant. | CIVIL ACTION<br><br>NO. 07-cv-00335-SLR |

### CERTIFICATE OF SERVICE

I, Kimberly L. Gattuso , hereby certify that on this 3rd day of July 2007, I did cause a true and correct copy of the foregoing **Request Of Plaintiff QVC, Inc. For Entry Of Default Of Defendant Cruisenet Corp. Pursuant To Fed.R.Civ.P. 55(a)** to be served upon such defendant, via First Class mail and postage prepaid, as follows:

    Cruisenet Corp.
    c/o David M. Glassberg, Registered Agent
    13605 SW 73rd Avenue
    Miami, FL 33126

                            SAUL EWING LLP

                            */s/ Kimberly L. Gattuso*
                            Kimberly L. Gattuso (DE No. 3733)
                            222 Delaware Avenue, Suite 1200
                            P.O. Box 1266
                            Wilmington, DE  19899
                            (302) 421-6868
                            (302) 421-5871 - FAX
                            kgattuso@saul.com