IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC., | ) |
|       Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-335-SLR |
| CRUISENET CORP., | ) ) ) |
|       Defendant. | ) ) |

### DEFAULT IN APPEARANCE

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant Cruisenet Corp. pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to answer or otherwise respond to the complaint. (See D.I. 4, 8)

Dated: August 9, 2007

                                                                                         (By) Deputy Clerk