IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC.<br><br>                Plaintiff,<br><br>    v.<br><br>CRUISENET CORP.,<br><br>                Defendant. | CIVIL ACTION<br><br>NO. 07-cv-00335-SLR |

**NOTICE OF WITHDRAWAL OF MOTION OF PLAINTIFF
QVC, INC. FOR ENTRY OF DEFAULT JUDGMENT AGAINST
DEFENDANT CRUISENET CORP. PURSUANT TO FED.R.CIV.P. 55(b)(2)**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Plaintiff, QVC, Inc. withdraws its **Motion For Entry of Default Judgment Pursuant to Fed. R. Civ. P. 55(b)(2)** filed in the above-captioned case.

                                      SAUL EWING LLP

                                      By: /s/ Kimberly L. Gattuso
                                      Kimberly L. Gattuso (DE No. 3733)
                                      222 Delaware Avenue, Suite 1200
                                      P.O. Box 1266
                                      Wilmington, DE 19899
                                      (302) 421-6868
                                      (302) 421-5871 - FAX
                                      kgattuso@saul.com
                                      Attorneys for QVC, Inc.

DATED: August 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QVC, INC. | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 07-cv-00335-SLR |
| v. | : | |
| | : | |
| CRUISENET CORP., | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Kimberly L. Gattuso, hereby certify that on this 13th day of August, 2007, I did cause a true and correct copy of the foregoing **Notice of Withdraw of Motion for Entry of Default Judgment Pursuant To Fed. R. Civ. P. 55(b)(2)** to be served via First Class U.S. Mail, postage prepaid, upon the following:

> Cruisenet Corp.
> c/o David M. Glassberg, Registered Agent
> 13605 SW 73rd Avenue
> Miami, FL 33126

SAUL EWING LLP

*/s/ Kimberly L. Gattuso*
Kimberly L. Gattuso (DE No. 3733)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6868
(302) 421-5871 - FAX
kgattuso@saul.com

549682.2 8/13/07