IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CRUISENET CORP.,<br><br>        Defendant. | CIVIL ACTION<br><br>NO. 07-cv-00335-SLR |

**MOTION OF PLAINTIFF QVC, INC. FOR ENTRY OF
DEFAULT JUDGMENT AGAINST DEFENDANT
<u>CRUISENET CORP. PURSUANT TO FED.R.CIV.P. 55(b)(2)</u>**

Plaintiff, QVC, Inc., by and through its undersigned attorneys, hereby moves for entry of judgment by default in its favor and against defendant, Cruisenet Corp., pursuant to Fed.R.Civ.P. 55(b)(2) in the manner and for the reasons set forth in the accompanying memorandum, which is incorporated herein by reference.

                                                SAUL EWING LLP

                                  By: _____
                                    Kimberly L. Gattuso (DE No. 3733)
                                    222 Delaware Avenue, Suite 1200
                                    P.O. Box 1266
                                    Wilmington, DE 19899
                                    (302) 421-6868
                                    (302) 421-5871 - FAX
                                    kgattuso@saul.com
                                             and
                                    Nathaniel Metz (admitted *pro hac vice*)
                                    1200 Liberty Ridge Drive, Suite 200
                                    Wayne, PA 19087
                                    (610) 251-5099
                                    (610) 722-3271 – FAX
                                    nmetz@saul.com

Dated: August 13, 2007                                         Counsel for Plaintiff QVC, Inc.