IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Civ. No. 07-335-SLR |
| CRUISENET CORP., | ) ) |
|     Defendant. | ) ) |

**ORDER**

At Wilmington this 21st day of August, 2007, the Clerk of Court having issued a default in appearance against defendant Cruisenet Corp. pursuant to Fed. R. Civ. P. 55(a);

IT IS ORDERED that a default hearing shall be heard on **Wednesday, October 10, 2007, at 8:00 a.m.** in courtroom 6B on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                          */s/*
                                  United States District Judge