IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC.<br><br>           Plaintiff,<br><br>   v.<br><br>CRUISENET CORP.,<br><br>           Defendant. | CIVIL ACTION<br><br>NO. 07-cv-00335-SLR |

## ORDER

AND NOW, this 7th day of September, 2007, Plaintiff QVC, Inc. having filed a Motion for Expedited Hearing on Its Motion for Entry of Default Judgment as to Defendant Cruisenet Corp. and the Court having considered Plaintiff's motion, **IT IS HEREBY ORDERED**:

    (a)    Plaintiff's Motion for Expedited Hearing on Its Motion for Entry of Default Judgment is GRANTED;

    (b)    A default hearing shall be heard on September 13, 2007 at 4:30 p.m. in courtroom 6B on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

    (c)    Plaintiff shall deliver by overnight mail to defendant's last known address a copy of this order.

                                                                /s/ _____
                                                                United States District Judge