

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Kimberly L. Gattuso
Phone: (302) 421-6868
Fax: (302) 421-5871
kgattuso@saul.com
www.saul.com

September 11, 2007

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, Delaware 19801

    RE:    **QVC, Inc. v. Cruisenet Corp.**
             **C.A. No. 07-335 SLR**

    Pursuant to the Court's Order dated September 7, 2007 scheduling the hearing on Plaintiff's Motion for Entry of Default Judgment for September 13, 2007, please find attached confirmation that Plaintiff has delivered a copy of the Court's Order to the Defendant's last known address.

    I have attached a copy of the Federal Express shipping receipt as well as a copy of the delivery confirmation indicating that the package was signed for by "L. Glassberg" on September 10, 2007.

    Counsel are available should Your Honor have any questions.

Respectfully,

*Kimberly Gattuso*
Kimberly L. Gattuso
(DE ID # 3733)

Encl.

cc:    David M. Glassberg, Cruisenet Corp.



*package id*
0025254

*ship date*
Fri, Sep 07

*to*
David M. Glassberg
Criusenet Corp.
13605 SW 73rd Ave
Miami , FL  33158-1201  US
(000) 000-0000

*residential address*
No

*return label*
No

*notification type*
Label Creation
Delivery

*notification recipients*

*from*
Kimberly L. Gattuso  (4389)
Saul Ewing LLP
222 Delaware Ave.
12th Floor
Wilmington , DE  19801  US
(302) 421-6868

*operator*
Nicole C. Gicker
(302) 421-6893
ngicker@saul.com

*create time*
09/07/07, 4:05PM

*vendor*
FedEx

*tracking number*
798758661825

*service*
FedEx Standard Overnight

*packaging*
FedEx Envelope

*signature*
Indirect signature - at or near address

*options*
None

*courtesy quote*
9.21
The courtesy quote does not reflect fuel surcharge and does not necessarily reflect all accessorial charges.

*Legal Terms and Conditions*
Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2005 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
Other product and company names listed are trademarks or trade names of their respective companies.

Track Shipments
## Detailed Results

? Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 798758661825 | Reference | 12486.88106 |
| Signed for by | L.GLASSBERG | Destination | Miami, FL |
| Ship date | Sep 7, 2007 | Delivered to | Residence |
| Delivery date | Sep 10, 2007 11:04 AM | Service type | Standard Envelope |
| | | Weight | 0.5 lbs. |

**Status**  Delivered

**Signature image available**  Yes

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 10, 2007 | 11:04 AM | Delivered | Miami, FL | |
| | 7:10 AM | On FedEx vehicle for delivery | MIAMI, FL | |
| Sep 8, 2007 | 7:34 AM | At local FedEx facility | MIAMI, FL | |
| | 7:34 AM | At local FedEx facility | MIAMI, FL | Package not due for delivery |
| | 6:06 AM | At dest sort facility | MIAMI, FL | |
| | 4:23 AM | Departed FedEx location | MEMPHIS, TN | |
| Sep 7, 2007 | 11:37 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 8:08 PM | Left origin | NEW CASTLE, DE | |
| | 6:16 PM | Picked up | NEW CASTLE, DE | |
| | 3:05 PM | Package data transmitted to FedEx | | |

| Signature proof | E-mail results | Track more shipments |

Subscribe to tracking updates (optional)

Your Name: [          ]          Your E-mail Address: [          ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [    ] | English | ☐ | ☐ |
| [    ] | English | ☐ | ☐ |
| [    ] | English | ☐ | ☐ |
| [    ] | English | ☐ | ☐ |

Select format: ⦿ HTML  ○ Text  ○ Wireless

Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these <u>Terms and Conditions</u>    Submit

http://www.fedex.com/Tracking/Detail?ftc_start_url=&totalPieceNum=&backTo=&templ...    9/10/2007



|  |  |
|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 |

September 10, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **798758661825**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Miami, FL |
| Signed for by: | L.GLASSBERG | Delivery date: | Sep 10, 2007 11:04 |
| Service type: | Standard Envelope | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 798758661825 | Ship date: | Sep 7, 2007 |
| | | Weight: | 0.5 lbs. |

**Recipient:**
Miami, FL US

**Shipper:**
Wilmington, DE US

**Reference**                12486.88106

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339