IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QVC, INC. | : |
| Plaintiff, | : CIVIL ACTION |
| | : NO. 07-cv-00335-SLR |
| v. | : |
| CRUISENET CORP., | : |
| Defendant. | : |

### ORDER AND JUDGMENT

AND NOW, this 13th day of September, 2007, plaintiff QVC, Inc. ("Plaintiff") having filed a **Motion for Entry of Default Judgment as to Defendant Cruisenet Corp.** and the Court having considered Plaintiff's motion, **IT IS HEREBY ORDERED**:

(a) Plaintiff's Motion for Entry of Default Judgment against Defendant Cruisenet Corp. is GRANTED;

(b) The Clerk of the Court is directed to enter judgment against Defendant Cruisenet Corp. and in favor of Plaintiff in the amount of $91,928.30, together with costs and pre-judgment interest accruing at $28.33 *per diem* commencing on February 13, 2007 until the date upon which such judgment is entered, and that such judgment once entered shall accrue post-judgment interest calculated in accordance with 28 U.S.C. § 1961 at the rate of 4.83 percent (4.83%) calculated daily until paid in full and compounded annually.

_____
U.S.D.J.

550750.1 8/10/07