D.I. #_____

# CIVIL ACTION NUMBER: 07-335

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7003 2030 0003 0326 5474

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | 2.65 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 2.15 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.21 | |

Civ.No. 07-335-SLR

Sent To: Cruisenet Corp. Attn: D.H. Glauberg, Reg. Agent
Street, Apt. No.; or PO Box No. 13605 SW 73rd Ave.
City, State, ZIP+4 Miami, FL 33126

PS Form 3800, June 2002   See Reverse for Instructions