United States District Court
For the District of Delaware

## Acknowledgement of Service Form For Service By Return Receipt

Civil Action No. 07cv335SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cruisenet Corp. X-Ray
   Attn. David M. Glassey, Reg. Agent
   13605 SW 73rd Ave.
   Miami, FL 33126

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name): DINA ANCAJIMA
C. Date of Delivery: 9/17/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540